NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1744


STATE OF LOUISIANA

VERSUS

JASON E. DOYLE


\**********

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. 664-2002
HONORABLE HERMAN I. STEWART, JR., DISTRICT JUDGE

\**********

ELIZABETH A. PICKETT
JUDGE

\**********

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Hon. David W. Burton
District Attorney
Richard Frederick Blankenship
Assistant District Attorney
36th Judicial District Court
P. O. Box 99
DeRidder, LA 70634-0000
(337) 463-5578
Counsel for Plaintiff/Appellee:
   State of Louisiana

**Mary Constance Hanes**
**Louisiana Appellate Project**
**P. O. Box 4015**
**New Orleans, LA  70178-4015**
**(504) 866-6652**
**Counsel for Defendant/Appellant:**
     **Jason E. Doyle**